IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO.  19-30048-SMY |
| vs. | ) | |
| | ) | |
| JAMES FUTIA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF FACTS

The Government and the Defendant agree and stipulate as follows:

1.    On March 8, 2019, Futia knowingly possessed a CFT Leinad, .410 gauge shotgun bearing serial number B00006387 that had traveled in and affecting commerce as alleged in Count 7 of the second superseding indictment.  The defendant possessed the above firearm while knowing that he had previously been convicted on September 10, 2007, of a felony punishable by a term of imprisonment exceeding one year, namely, Aggravated Battery, in Case No. 06-CF-2432 in the Third Judicial Circuit in Madison County, Illinois.  Futia possessed the above firearm at his residence located in East Alton, Illinois, which is within the Southern District of Illinois.

2.    On March 22, 2019, Futia knowingly possessed a Taurus, Model PT-25, .25 caliber pistol bearing serial number Y117393 that had traveled in and affecting commerce as alleged in Count 8 of the second superseding indictment.  The defendant possessed the above firearm while knowing that he had previously been convicted on September 10, 2007, of a felony punishable by a term of imprisonment

exceeding one year, namely, Aggravated Battery, in Case No. 06-CF-2432 in the Third Judicial Circuit in Madison County, Illinois.  Futia possessed the above firearm at his residence located in East Alton, Illinois, which is within the Southern District of Illinois.

3.     On March 22, 2019, the East Alton Illinois Police Department executed a search warrant at Futia's residence.  During the search, law enforcement found 7.81 grams of a mixture and substance containing Methamphetamine that the defendant possessed with intent to trade and transfer to another individual.

4.     ATF agents examined the firearms listed in Count's 7 and 8 and determined that they were manufactured outside of the State of Illinois and, therefore, had been transported in interstate commerce to the State of Illinois prior to the Defendant's possession of it.

**So Stipulated**

JAMES FUTIA
Defendant

STEVEN D. WEINHOEFT
United States Attorney

RANLEY R. KILLIAN
Assistant United States Attorney

JORDAN CAMPANELLA
Attorney for Defendant

Date: ___12-4-19___

Date: ___12/2/19___